UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LANCE SNEAD, | No. 2:13-cv-01854-MCE-CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal (ECF No. 19). This action is hereby DISMISSED without prejudice. Defendant's Motion to Dismiss (ECF No. 4) and Plaintiff's Motion to Remand (ECF No. 6) are DENIED as moot, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 15, 2013

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT